No. 820. FLORIDA LIME & AVOCADO GROWERS, INC., ET AL. *v.* JACOBSEN, DIRECTOR OF THE DEPARTMENT OF AGRICULTURE OF CALIFORNIA, ET AL. Appeal from the United States District Court for the Northern District of California; and

No. 857. FLEMMING, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, *v.* NESTOR. Appeal from the United States District Court for the District of Columbia. Further consideration of the question of jurisdiction is postponed to the hearing of the cases on the merits. *Isaac E. Ferguson* for appellants in No. 820. *Solicitor General Rankin, Acting Assistant Attorney General Yeagley* and *Philip R. Monahan* for appellant in No. 857. *Stanley Mosk,* Attorney General of California, and *John Fourt,* Deputy Attorney General, for appellees in No. 820. *David Rein* and *Joseph Forer* for appellee in No. 857.

No. 940, Misc. CORCORAN *v.* FAY, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

(*See also Nos. 175 and 463, ante, p. 423; and No. 677, Misc., ante, p. 472.*)

No. 911. FEDERAL POWER COMMISSION *v.* TUSCARORA INDIAN NATION; and

No. 921. POWER AUTHORITY OF THE STATE OF NEW YORK *v.* TUSCARORA INDIAN NATION. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade, Lionel Kestenbaum, Willard W. Gatchell, John C. Mason* and *Joseph B. Hobbs* for petitioner in No. 911. *Thomas F. Moore, Jr., Samuel I. Rosenman, Frederic P. Lee, John R. Davison* and *Scott Lilly* for petitioner in No. 921. *Arthur Lazarus, Jr.* and *Eugene Gressman* for respondent.